**No. 61323.**—E. Dillingham, Inc. *v.* United States, protest 170154-K (Ogdensburg).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of purebred cattle similar in all material respects to those the subject of *E. Dillingham, Inc.* v. *United States* (27 Cust. Ct. 109, C. D. 1356), the claim of the plaintiff was sustained.

**No. 61324.**—Abels Wasserberg & Co., Inc. *v.* United States, protest 210134-K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

**No. 61325.**—Ivan Josephs, Inc. *v.* United States, protest 275166-K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61326.**—Park & Tilford Distillers Corporation *v.* United States, protest 291297-K (Louisville).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.